UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRENCE BUTCH ALLAH BLACKMAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 17-01499 (ABJ) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES SECRET SERVICE ) | |
| *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF LANELLE HAWA

I, Lanelle Hawa, hereby make the following declaration:

1. I am employed as the Assistant to the Special Agent in Charge (ATSAIC) of the United States Secret Service (Secret Service) Investigative Support Division. I have been employed by the Secret Service since August 1998 and assigned as the ATSAIC of the Investigative Support Division since April 2017. As the ATSAIC of the Investigative Support Division, I have supervisory and management responsibility for that office and for the Secret Service personnel assigned to that office.

2. All tort claims filed with the agency, regardless of the originating jurisdiction, are sent to the Investigative Support Division for processing. These claims are then logged into a database as part of the administrative processing, before being sent to the Office of the Chief Counsel.

3. I am familiar with Plaintiff's civil complaint in this case. I also have access to the files and documents maintained in the Investigative Support Division concerning tort claims filed with the Agency.

4. Based on the complaint filed, I requested a search be conducted of the database that contains a record of tort claims filed with the agency, including any claim filed by the Plaintiff with the Secret Service. This search did not yield any claims filed by the Plaintiff.

5. Additionally, given that the Plaintiff's arrest originated within the jurisdiction of the Washington Field Office, a search was conducted of records maintained by that office. This search did not yield any claims filed by the Plaintiff either.

I hereby declare upon penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

10·31·17
Date

*L. Hawa*
Lanelle Hawa
Assistant to the Special Agent in Charge
Investigative Support Division